1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11    EXZAVER DENNIS AUSTIN,                 1:22-cv-00705-BAK (EPG) (HC)

12                    Petitioner,

13          v.                               ORDER TRANSFERRING CASE TO THE
                                             SACRAMENTO DIVISION OF THE
14    PATRICK COVELLO,                       EASTERN DISTRICT OF CALIFORNIA

15                    Respondent.

16

17          Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to

18    28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C.

19    § 1915.

20          The petitioner is challenging a conviction from San Joaquin County, which is part of the

21    Sacramento Division of the United States District Court for the Eastern District of California.

22    Therefore, the petition should have been filed in the Sacramento Division.

23          Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

24    court may, on the court's own motion, be transferred to the proper court. Therefore, this action

25    will be transferred to the Sacramento Division. Good cause appearing, IT IS HEREBY

26    ORDERED that:

27          1.  This action is transferred to the United States District Court for the Eastern District of

28    California sitting in Sacramento; and

                                               1

1          2.  All future filings shall reference the new Sacramento case number assigned and shall

2    be filed at:

3                              United States District Court
                             Eastern District of California
                             501 "I" Street, Suite 4-200
4                              Sacramento, CA 95814

5

6          3.  This court has not ruled on petitioner's request to proceed in forma pauperis.

7

8    IT IS SO ORDERED.

9        Dated:   **June 14, 2022**                /s/ *Erica P. Grosjean*

10                                                    UNITED STATES MAGISTRATE JUDGE

2